870

No. 80–31.   Milliken, Governor of Michigan, et al. v. Bradley et al.;

No. 80–48.   Board of Education of the School District of the City of Detroit, Michigan, et al. v. Milliken, Governor of Michigan, et al.; and

No. 80–104.   Lulac Council 11054 et al. v. Milliken, Governor of Michigan, et al.   C. A. 6th Cir.   Certiorari denied.   Reported below: 620 F. 2d 1143.

No. 80–33.   Smitty Baker Coal Co., Inc. v. United Mine Workers of America.   C. A. 4th Cir.   Certiorari denied.

No. 80–34.   Ivary v. United States.   Ct. Cl.   Certiorari denied.

No. 80–36.   Thompson et al. v. United States.   Ct. Cl. Certiorari denied.

No. 80–38.   Almeda Mall, Inc., et al. v. Houston Lighting & Power Co.   C. A. 5th Cir.   Certiorari denied.

No. 80–40.   Bernitsky et al., t/a Bernitsky Brothers Coal Co., Slope 2 v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 80–42.   Strouth v. Federal Communications Commission et al.   C. A. D. C. Cir.   Certiorari denied.

No. 80–44.   Dual Manufacturing & Engineering, Inc., et al. v. Burris Industries, Inc., et al.   C. A. 7th Cir. Certiorari denied.

No. 80–46.   Pilotti v. New York.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.